**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

BARBARA STUART ROBINSON,

    Plaintiff(s),

v.

CITY OF LAS VEGAS,

    Defendant(s).

2:22-cv-00174-ART-VCF

**ORDER**

Before the Court is Plaintiff's motion to take deposition of Jorge Cervantes and Tome Perrigo (ECF NO. 27).

On January 12, 2023, Defendant has informed the court that the parties have reached a settlement agreement.  (ECF NO. 30).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's motion to take deposition of Jorge Cervantes and Tome Perrigo (ECF NO. 27) is DENIED as moot.

DATED this 17th day of January 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE