UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BARBARA STUART ROBINSON,

    Plaintiff,

vs.

CITY OF LAS VEGAS,

    Defendant.

CASE NO. 2:22-cv-00174-ART-VCF

**STIPULATION AND ORDER
FOR DISMISSAL WITH PREJUDICE**

    Pursuant to Fed. R. Civ. P. 41, Plaintiff Barbara Stuart Robinson, in proper person, and Defendant City of Las Vegas, through its attorneys of record, Bryan K. Scott, City Attorney, by John A. Curtas, Deputy City Attorney, hereby stipulate and agree to the following:

    1.    That all claims by all parties relating to or arising from this action are hereby dismissed with prejudice;

    2.    That each party shall bear their own attorney's fees, costs, and expenses; and

. . . .

.. . .

. . . .

. . . .

. . . .

–1–

3. That any pending dates, outstanding pleadings or deadlines be vacated.

DATED this 26th day of January, 2023.　　　DATED this 26th day of January, 2023.

BRYAN K. SCOTT
City Attorney

/s/ Barbara Stuart Robinson　　　　　　　By:　/s/ John A Curtas
BARBARA STUART ROBINSON　　　　　　　JOHN A. CURTAS
106-1/2 Judge John Aiso Street, #423　　　　Deputy City Attorney
Los Angeles, CA 90012　　　　　　　　　　Nevada Bar No. 1841
Pro Per Plaintiff　　　　　　　　　　　　495 South Main Street, Sixth Floor
　　　　　　　　　　　　　　　　　　　Las Vegas, NV 89101
　　　　　　　　　　　　　　　　　　　Attorneys for CITY OF LAS VEGAS

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

  January 30, 2023  
DATE

–2–